FILED

DEC 10 2004

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| INGA C. WADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | CASE NUMBER 1:04CV02142 |
| STEPHEN D. KING, | ) | |
| | ) | JUDGE: James Robertson |
| J & C EXPRESS LAUNDRY, | ) | |
| and | ) | DECK TYPE: Personal Injury/Malpractice |
| CARLOS F. AGUAYO, | ) | |
| | ) | DATE STAMP: 12/10/2004 |
| Defendants. | ) | |

JURY ACTION

## NOTICE OF REMOVAL

COME NOW the defendants, Stephen D. King, J & C Express Laundry and Carlos F. Aguayo, pursuant to 28 U.S.C. §1441, et seq., and for their Notice of Removal, state the following:

1. Upon information and belief, Plaintiff Inga C. Wade, was, at the time of this cause of action arose, and is now, a citizen of Washington, D.C..

2. Defendant J & C Express Laundry, was, at the time of this cause of action arose, a Florida entity with its principal place of business in Florida.

3. Defendant Carlos F. Aguayo was, at the time of this cause of action arose, and is now, a citizen of the state of Florida.

4. Defendant Stephen D. King was, at the time of this cause of action arose, and is now, a citizen of the state of Maryland.

5. The Motion for Judgment seeks damages for the sum of $100,000.00 for personal injuries allegedly sustained arising out of an automobile accident which occurred on or about May 2, 2004.

6. This Notice of Removal is timely filed within 30 days of the date the defendants, by counsel, received service of a copy of the Motion for Judgment.

7. The defendants are properly before the Court and are entitled to have this case removed.

8. This Court has jurisdiction over this action by reason of diversity of citizenship of the parties and because the amount sued for exceeds $75,000.

9. Copies of the pleadings received by counsel for defendants relating to the lower court action are attached.

WHEREFORE, Defendants Stephen D. King, J & C Express Laundry, and Carlos F. Aguayo, respectfully request that this Court accept jurisdiction of this cause from the Superior Court of the District of Columbia.

STEPHEN D. KING,
J & C EXPRESS LAUNDRY, and
CARLOS F. AGUAYO

By _____
        Of Counsel

Eric S. Jensen, Esquire, VSB 27514, DC Bar # 461625
Jensen & Associates, P.C.
15 S. Belmont Avenue
Richmond, Virginia 23221
E-Mail: Jensenlitigation@aol.com
(804) 340-5210
Fax (804) 340-5215

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2004, I hereby mailed a true and exact copy of the foregoing Notice of Removal to the following:

Patrick J. Christmas, Esquire
8401 Colesville Road, Suite 510
Silver Spring, Maryland 20910



P31101

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

INGA C. WADE
4700 Minnesota Avenue, N.E.
WASHINGTON, DC 20019

    Plaintiff,

v.

Civil Action No. _____

STEPHEN D. KING
12303 Houser Drive
Clarksburg, MD 20871

J & C Express Laundry
6890 Miramar Pkwy
Miramar, FL 33023

Carlos F. Aguayo
5600 North West 192 Lane
Miami, FL 33055

    Defendants.

RECEIVED
Civil Clerk's Office
NOV 0 8 2004
Superior Court of the
District of Columbia
Washington, D.C.

### COMPLAINT

COMES NOW the Plaintiff, INGA WADE by and through counsel, Patrick J. Christmas and Associates, P.C., and hereby sues the Defendants STEPHEN D. KING, CARLOS F. AGUAYO, and J & C EXPRESS LAUNDRY and for cause of action states:

1.  This Honorable Court has jurisdiction over the matter complained of herein pursuant to the District of Columbia Code, Section 11-921. Plaintiff invokes the jurisdiction of this Court as the cause of action arose in the District of Columbia.

2.  On or about May 2, 2004, Plaintiff, Wade, stopped her vehicle in the left lane of Montana Avenue to avoid a large amount of water on the roadway, when defendant King, acting as an agent, servant and/or employee of Defendant J & C Express

04 2142

FILED
DEC 1 0 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

904 3638097  CAROLINA CASUALTY                                  03:11:46 p.m. 12-06-2004      6/9
CRC, Inc.            12/  /2004 3:33    PAGE 006/008    Fax   erver

Nov 30 04 03:23p       HBA INS GROUP            305-714-4525              p.5

Nov 22 04 11:06a                                                          p.5

Laundry, was operating, in the course of his employment, a truck and owned b  Defendant Aguayo, slammed into the back of Plaintiff's car.

3. The aforementioned incident was the direct and proximate result of the negligence of Defendants Carlos F. Aguayo and J & C Express Laundry, by and through its agent, servant and/or employee, Defendant King, in that Mr. King, in violation of the motor vehicle laws of the District of Columbia, and in disregard of his duty to operate his vehicle with due regard for other highway users, did: fail to pay full time and attention to the operation of said motor vehicle; fail to keep a proper lookout for other vehicles on the roadway; fail to maintain a safe and reasonable distance between vehicles; fail to make timely or any application of his brakes when by doing so he could have avoided the accident; and otherwise operate said motor vehicle in a reckless and careless manner.

7. At the aforementioned time and place, Defendant Stephen King was operating a motor vehicle owned by Defendant Carlos Aguayo with his knowledge and authorization, and in the course and scope of employment with J & C Express Laundry. As a result of the relationship between Defendant King and Defendants Aguayo and J & C Express Laundry, all negligence on the part of the operator is completely imputed to Defendants Aguayo and J & C Express Laundry.

8. The aforesaid collision was due solely to the negligence of the Defendants, as described herein, without any negligence on the part of the Plaintiff contributing thereto.

9. As a direct and proximate result of above-stated negligence, Plaintiff Wade:

    a. has incurred outstanding medical expenses lost wages and income and associated expenses, and will continue to suffer additional medical

-2-

    expenses and associated expenses;

  b. has suffered and will suffer great pain, anguish, discomfort and personal hardship, and has been and will continue to be unable to conduct her normal social, spiritual and recreational activities as before said collision.

all to her damage in the amount of one hundred thousand dollars ($100,000.00).

WHEREFORE, Plaintiff INGA C. WADE demands judgment against Defendants STEPHEN KING, CARLOS AGUAYO, and J & C EXPRESS LAUNDRY in the amount of $100,000.00 plus interest and the costs of this action and such other and further relief as the Court deems just and proper under the circumstances.

       Respectfully submitted,
       PATRICK J. CHRISTMAS
       ASSOCIATES, PC

       *[signature]*

       Patrick J. Christmas, #85985
       Justin G. Nunzio, #434220
       Mary E. Manfreda, #483279
       8401 Colesville Road, Suite 510
       Silver Spring, Maryland 20910
       (301) 589-3009
       *Counsel for Plaintiff*

## JURY DEMAND

The Plaintiff hereby demands Trial by Jury as to all claims and parties.

Patrick J. Christmas, #859: 5